## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08-CR–176-01

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | JUDGMENT OF ACQUITTAL |
| ) | |
| QUEEN EKUA OFORI ) | |
| aka Jeannette Barringer ) | |
| _____ ) | |

**IT IS ORDERED** that the Defendant is acquitted pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure and is hereby discharged and any bond is exonerated.

Signed: February 6, 2009

Robert J. Conrad, Jr.
Chief United States District Judge